THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARDELLE L. MARTIN, <br><br> Defendant. | No. CR24-142-JNW <br><br> (PROPOSED) ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from October 27, 2025, to November 3, 2025.

DONE this 28 day of October 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Chardelle Martin

ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Martin*, CR 24-142-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100