The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARDELLE L. MARTIN,

Defendant.

NO. CR24-142 JNW

ORDER GRANTING
UNOPPOSED MOTION TO
CONTINUE SENTENCING
HEARING

THIS COURT has considered the unopposed motion for a continuance of sentencing in this matter. Based on the Motion submitted therewith, the Court hereby ORDERS as follows:

The continuance of sentencing is GRANTED. The sentencing in this matter is continued to April 30, 2026, at 10:30 a.m.

Dated this 16th day of March, 2026.

_____
HON. JAMAL N. WHITEHEAD
United States District Judge

Order Granting Unopposed Motion to Continue Sentencing - 1
*United States v. Martin,* CR24-142 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970